IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PEDRO ORTIZ, *Plaintiff*, | § § § § § § § § § | |
| vs. | | Civil Action No. 5:16-cv-283 |
| STATE FARM LLOYDS, AND CONNIE ROSENTHAL *Defendants'* | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

### A.
### INTRODUCTION

1. Plaintiff is Pedro Ortiz; Defendants are State Farm Lloyds and Connie Rosenthal.

2. On May 11, 2016, Plaintiff sued Defendant. Defendant removed this case on September 20, 2016.

3. Plaintiff moves to dismiss this suit with prejudice.

4. Defendants, who have served an answer, agree to the dismissal with prejudice.

5. This is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of this case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

10. Defendants have not filed a counterclaim.

                              Respectfully submitted,

                              John Saenz & Associates, P.C.
805 Dallas Avenue
McAllen, Texas 78501
johnsaenzlaw@gmail.com

By: /s/ John Saenz
    John Saenz
    Federal ID No. 407755
    State Bar No. 24038046

**ATTORNEY IN CHARGE FOR PLAINTIFF**

**COWEN & GARZA, LLP**
506 E. Dove Avenue
McAllen, Texas 78504
T. (956) 994-9170
F. (956) 618-2324
sarah@cowengarza.com

By: /s/ Sarah Pierce Cowen
    Sarah Pierce Cowen
    Federal ID No. 7973
    State Bar No. 15997480

**ATTORNEY IN CHARGE FOR DEFENDANT**